## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Laurie Edwards,

              Plaintiff,                      Civil 05-339 (PAM/JSM)

v.

                                          **ORDER OF DISMISSAL**

Papa John's International, Inc.,

              Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April __25__, 2006

                                                         s/Paul A. Magnuson
                                                         Paul A. Magnuson
                                                         United States District Court Judge