**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil 05-339 PAM/JSM

Laurie Edwards,

    Plaintiff,

vs.                                                                 **ORDER**

Papa John's International, Inc.,

    Defendant.

---

Pursuant to the Stipulation of the parties, this action is dismissed with prejudice, with each party to bear its own costs and fees, according to the terms and conditions stated in the Stipulation of Dismissal with Prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June   1  , 2006                     BY THE COURT:

                                                       s/Paul A. Magnuson
                                                       The Honorable Paul A. Magnuson
                                                       United States District Court Judge